# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-2693

_____

Roque De La Fuente, also known as Rocky

*Plaintiff - Appellant*

v.

Iowa Democratic Party; Paul Pate, agent of Secretary of State

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: February 21, 2017
Filed: February 27, 2017
[Unpublished]

_____

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Roque De La Fuente appeals after the district court[1] dismissed his pro se 42 U.S.C. § 1983 complaint against the Iowa Democratic Party and the Iowa Secretary

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

of State, asserting claims related to his efforts to participate in the 2016 Iowa Democratic presidential caucuses. After carefully reviewing the record, and the parties' arguments on appeal, we conclude that De La Fuente's complaint was moot to the extent he sought injunctive relief, and that it was appropriate to dismiss the complaint for failure to state a claim. See Levy v. Ohl, 477 F.3d 988, 991 (8th Cir. 2007) (grant of motion to dismiss for failure to state claim is reviewed de novo); Doe v. Gooden, 214 F.3d 952, 955 (8th Cir. 2000) (§ 1983 claims cannot be predicated on violations of state law); see also Gallagher v. Magner, 636 F.3d 380, 383 (8th Cir. 2010) (discussing standard for claims under Title VI of the Civil Rights Act of 1964). Accordingly, we affirm. See 8th Cir. R. 47B.

_____